UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSEPH LYNN HALLIDAY,
    Petitioner,

v.                         CASE NO. 6:19-CV-1296-ORL-40EJK

SECRETARY, DEPARTMENT
OF CORRECTIONS AND ATTORNEY
GENERAL, STATE OF FLORIDA,
    Respondents.
_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__ IS     related to pending or **closed** civil or **criminal** case(s) previously filed in this Court, or any other Federal or **State** court, or administrative agency as indicated below: Brevard County, Florida, Case no: 05-2013-CF-63830-A; Florida Fifth District Court of Appeal case no's: 5D15-1803 (direct appeal); and 5D18-3109 (summary denial appeal).

____ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: August 29, 2019

ASHLEY MOODY
ATTORNEY GENERAL

s/ Carmen F. Corrente
CARMEN F. CORRENTE
ASSISTANT ATTORNEY GENERAL
Fla. Bar #3045650
444 Seabreeze Boulevard, Fifth Floor
Daytona Beach, FL 32118
(386) 238-4990
(386) 238-4997 Fax
crimappdab@myfloridalegal.com
carmen.corrente@myfloridalegal.com

COUNSEL FOR RESPONDENTS

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on August 29, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will serve a copy to Robert David Malove, RDM@robertmalovelaw.com, Appellate Counsel, 200 S. Andrews Avenue, Suite 100, Fort Lauderdale, FL 33301.

                                            s/ Carmen F. Corrente
                                            CARMEN F. CORRENTE
                                            Of Counsel